

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-27-2013

# In Re: Friedman's Inc

Precedential or Non-Precedential: Precedential

Docket No. 13-1712

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Friedman's Inc " (2013). *2013 Decisions.* Paper 1613.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1613

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1712
_____

IN RE: FRIEDMAN'S INC.,
Debtor

FRIEDMAN'S LIQUIDATING TRUST,
Appellant

v.

ROTH STAFFING COMPANIES LP

Appeal from the United States District Court
for the District of Delaware
(District Court No. 1-12-cv-00306)

ORDER AMENDING OPINION

The opinion entered December 24, 2013 is hereby amended to include the name of the firm for attorneys Demmy and Sawczuk:

John D. Demmy, Esquire (Argued)
Maria Aprile Sawczuk, Esquire
Stevens & Lee, P.C.
1105 North Market Street
Suite 700
Wilmington, DE 19801

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  December 27, 2013
PDB/cc: All Counsel of Record